In the Matter of the Application of DENIS O'SULLIVAN, Appellant, for a Peremptory Writ of Mandamus against CHARLES H. KNOX et al., Commissioners of the Municipal Civil Service Commission of the City of New York, Respondents.

*Matter of O'Sullivan,* 54 App. Div. 374, affirmed.
(Argued February 25, 1901; decided March 5, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 15, 1900, reversing an order of Special Term granting a peremptory writ of mandamus directing the defendants to place the name of the relator upon the payroll and certify the amount of his salary for services as stenographer of the Municipal Court of the city of New York to the comptroller of said city.

*George F. Langbein* for appellant.

*John Whalen, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.